**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. GLR-14-1065 |
| | : | |
| One 2010 Dodge Ram, | : | |
| VIN 1D7RV1GP1AS127823; and, | : | |
| | : | |
| One 2007 Honda Accord, | : | |
| VIN 1HGCM66517A040679, | : | |
| | : | |
| Defendants. | : | |

**VERIFIED CLAIM TO ONE 2010 DODGE RAM, VIN 1D7RV1GP1AS127823
FILED BY CLAIMANT RAMI BROTHERS, INC. T/A PIMLICO MOTORS**

Pursuant to Supplemental Rule G(5) of the Supplemental Rules of Admiralty or Maritime

Claims and Asset Forfeiture Actions, Claimant Rami Brothers, Inc. t/a Pimlico Motors, by and

through its undersigned counsel, respectfully submits this verified claim for certain of the

property identified in the forfeiture complaint filed by the government in the above-captioned

action, and in support thereof, states as follows:

    1.    Rami Brothers, Inc. t/a Pimlico Motors, a Maryland close corporation, hereby

asserts a claim to one 2010 Dodge Ram 1500, VIN 1D7RV1GP1AS127823.

    2.    The property seized by agents of the U.S. Department of Justice, Drug

Enforcement Administration and therefore the subject of this Claim, is described as follows:

2010 Dodge Ram 1500, VIN 1D7RV1GP1AS127823 (hereinafter referred to as the "Vehicle"),

owned by Defendant Chyrie Danay Loudon-Skipworth ("Owner"), and seized from Chyrie

Danay Loudon-Skipworth and Eric Lavell Skipworth.

3.      Claimant sold the Vehicle to Owner Chyrie Danay Loudon-Skipworth on June 29, 2010 pursuant to a Retail Purchase Agreement for the total purchase price in the amount of $30,100, copy attached as Exhibit A.  Claimant financed Owner's purchase of the Vehicle pursuant to a Retail Installment Sale Contract of even date, financing $26,856.00 of Owner's total purchase price, with the Vehicle securing said loan, copy attached as Exhibit B.

4.      Claimant accordingly holds title to a security interest lien on the Vehicle, as evidenced by a MVA Maryland Notice of Security Interest Filing, copy attached as Exhibit C.

5.      On February 27, 2013, Claimant sold Owner's loan as part of a bulk sale to Mariner Finance, LLC (""Mariner")

6.      The Owner defaulted in making a payment in August 2013.  Following the default, Claimant was obligated to repurchase said loan from Mariner on November 14, 2013, and Mariner re-assigned all rights therein to Claimant.

7.      On September 22, 2013, Mariner advised Owner by letter sent by certified mail that she was in default of her loan and that the Vehicle would be repossessed.  But for the seizure by the DEA, Claimant as a result of the repurchase in the normal course of business would have repossessed the Vehicle.

8.       Claimant, as a bona fide owner of the first lien on the Vehicle, has standing to contest the forfeiture of the above-described property.  Claimant contests the forfeiture of the Vehicle and demands return of its property.

9.      A verification executed under the penalty of perjury in support of this Verified Claim is attached hereto.

10.     This Verified Claim is being served on the appropriate government attorney as set forth on the attached certificate of service.

Dated:  May 13, 2014                    Respectfully submitted,


                                        __/s/ Kobie Flowers___
                                        Kobie Flowers
                                        Doug Keller
                                        Flowers Law Firm PLLC
                                        1750 K Street, NW
                                        Suite 200
                                        Washington, DC 20006
                                        Main: (202) 742-5969
                                        Direct: (202) 742-5983
                                        Fax: (202) 742-5948

                                        *Attorneys for Claimant Rami Brothers, Inc. t/a Pimlico Motors*

## VERIFICATION

I, Gerald Jones, declare under penalty of perjury, as provided by 28 U.S.C. § 1746, that I am authorized to execute this verification on behalf of Rami Brothers, Inc. t/a Pimlico Motors and that the facts contained in the foregoing Verified Claim are true and correct to the best of my knowledge, information, and belief.

Dated: May 9 , 2014

Gerald Jones
President, Rami Brothers, Inc. t/a Pimlico Motors

# EXHIBIT A

**Rami Brothers, Inc. t/a Pimlico Motors**
5304 Park Heights Ave
Baltimore          MD    21215
(410)664-8364

## RETAIL PURCHASE AGREEMENT

Purchaser's Name(s):  **CHYRIE DANAY LOUDON**

Address: **5932 OLD FREDERICK RD #B**      **CATONSVILLE**      **MD**   **21228**   County:   **BALTIMORE**

Home Telephone: _____      Work Telephone: _____

Social Security#: _____      D.L./State I.D.#:  **L350115135777**  Issuing State:  **MD**   Exp. Date:  **10/09/2013**

Deal Number:  **1113185**
Date:  **06/29/2010**
DOB:  **10/09/1979**

The above information has been requested so that we may verify your identity in accordance with the USA Patriot Act. By signing below, you represent that you are at least 18 years of age and have authority to enter into this Agreement. The Odometer Reading for the Vehicle you are purchasing is accurate unless indicated otherwise. Please refer to the Federal Mileage Statement for full disclosure.

| YEAR | MAKE | MODEL | COLOR | STOCK NO. |
|---|---|---|---|---|
| 2010 | Dodge | Ram 1500 | | P483 |

| SERIAL NO. | ODOMETER READING | | SALESPERSON |
|---|---|---|---|
| 1D7RV1GP1AS127823 | ☐ Not Accurate   4142 | | |

THE VEHICLE YOU ARE PURCHASING IS A USED VEHICLE

PRIOR USE DISCLOSURE:
☐ PREVIOUSLY LEASED      ☐ RENTAL      ☐ OTHER

| | |
|---|---|
| **WARRANTY STATEMENT** | |
| Unless otherwise indicated below, our Dealership is selling this Vehicle to you with the implied Warranties Only. No express warranties are given by the Dealership unless the box beside "Our Used Vehicle Warranty Applies" is marked below. Any warranties by a manufacturer or supplier other than our Dealership are theirs, not ours, and only such manufacturer or supplier shall be liable for performance under such warranties. We neither assume nor authorize any other person to assume for us any liability in connection with the sale of the vehicle and the related goods and services. CONTRACTUAL DISCLOSURE STATEMENT (USED VEHICLES ONLY) The information you see on the window form for this vehicle is part of this Contract. Information on the window form overrides any contrary provisions in the contract of sale. | |

☒ USED VEHICLE SOLD AS-IS. The Vehicle you are purchasing is a used Vehicle that is more than 6 model years old and has been driven more than 60,000 miles. Our Dealership expressly disclaims all warranties, express and implied, including any implied warranties of merchantability or fitness for a particular purpose.

☐ USED VEHICLE LIMITED WARRANTY APPLIES. The Vehicle you are purchasing is covered by a Limited Warranty provided by _____ for _____ months or _____ miles whichever comes first. Please see the attached Limited Warranty.

☐ You have purchased a Service Contract between you and _____. If your Dealership enters into a Service Contract with you at the time of, or within 90 days of, the date of this transaction, we may not disclaim the implied warranties.

| CASH PRICE OF VEHICLE | 30,000.00 |
|---|---|
| OTHER GOODS/SERVICES: (See Attached Addendum Sticker) | $0.00 |
| Service Contract | $0.00 |
| GAP | $0.00 |
| Credit Life/Disability | $0.00 |
| Optional VSI | $0.00 |
| SUBTOTAL | $30,000.00 |
| **DEALER PROCESSING CHARGES (NOT REQUIRED BY LAW)** | $~~190.00~~ |
| PDI Fee | $0.00 |
| TOTAL PURCHASE PRICE | $30,100.00 |

**TRADE-IN VEHICLE INFORMATION**

| Year: | Make: | Model: | Color: |
|---|---|---|---|
| 2003 | Chevrolet | Silverado | |

| Serial No: | Odometer Reading: |
|---|---|
| 2GCEC19T231380001 | ☐ Not Accurate   141274 |

| Trade-In Allowance: | Balance Owed & Lienholder: |
|---|---|
| $5,000.00 | $0.00 |

Your Trade-In Vehicle is:  ☐ Officially Accepted   ☐ Subject to Official Acceptance
Please see "Our Acceptance of Your Trade-In Vehicle" on the reverse side of this Agreement.

☐ DEPOSIT/ PARTIAL PAYMENT: The sum of $ 0.00 was received from you as a Deposit/Partial Payment. See the reverse side of the Agreement for information on our Refund Policies. In the case of a Deposit, we will refrain from selling the Vehicle for _____ days.

Purchaser: _____

**CONSENT TO USE OF DEALER NAMEPLATE**: I have read the Paragraph titled "NOTICE REGARDING DEALER NAMEPLATE" on the reverse side of this Agreement, understand my rights and hereby consent to the placement of an insignia, logo or other plate that advertises the Dealership's name on the Vehicle.

Purchaser(s): _____

| SALES TAX @   6.00% % | $1,506.00 |
|---|---|
| LESS: TRADE-IN ALLOWANCE | $5,000.00 |
| PLUS: BALANCE OWED ON TRADE-IN | 0.00 |
| License/Registration Fees | $250.00 |
| Lien Filing Fee | $0.00 |
| TOTAL AMOUNT DUE | $26,856.00 |
| DEPOSIT/PARTIAL PAYMENT | $0.00 |
| REBATE | $0.00 |
| UNPAID BALANCE DUE | $26,856.00 |

**OTHER MATERIAL UNDERSTANDINGS AND INTEGRATED DOCUMENTS**

I have read the terms and conditions of this Agreement, including the terms and conditions that appear on the reverse side, and I hereby acknowledge that this Agreement is complete and accurately reflects the Agreements between the Dealership and myself. I further acknowledge receipt of a copy of this Agreement. This Agreement shall not become binding until accepted by both Purchaser and an Authorized Representative of the Dealership.

Purchaser   **CHYRIE DANAY LOUDON**

Accepted by Authorized Dealership Representative

Purchaser _____



Allstate



**MVA**  Motor Vehicle Administration
6601 Ritchie Highway, N.E.
Glen Burnie, Maryland 21062

VR-197 (04-10)

## Odometer Disclosure Statement

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, (print seller's name) __Rami Brothers, Inc. t/a Pimlico Motors__
certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

_____**4142**_____ miles (no tenths)

❏ The mileage stated is in excess of its mechanical limits
❏ The odometer reading is **not** the actual mileage. **Warning - odometer discrepancy**

Make: __Dodge__          Model: __Ram 1500__          Year: __2010__

Body Type: __CREW CA__ Vehicle Identification No.: __1D7RV1GP1AS127823__

Seller's Signature: _____

Seller's Printed Name: __Rami Brothers, Inc. t/a Pimlico M__
                                      **5304 Park Heights Ave**

Seller's Street Address: _____

City: __Baltimore__          State: __MD__          Zip Code: __21215__

Date of Statement: __06/29/2010__

Buyer's Signature: _____

Buyer's Printed Name: __CHYRIE DANAY LOUDON__

Buyer's Street Address: __5932 OLD FREDERICK RD__     __#B__

City: __CATONSVILLE__          State: __MD__          Zip Code: __21228__

White Copy - MVA      Canary Copy - Seller      Pink Copy - Buyer



MARYLAND STATE POLICE
M.V.A COPY

NO. 3519677

# INSPECTION CERTIFICATE

THIS IS TO CERTIFY THAT THE FOLLOWING DESCRIBED VEHICLE

MAKE — YEAR — VEHICLE IDENTIFICATION NUMBER — MILEAGE

HAS BEEN INSPECTED BY A DULY AUTHORIZED REPRESENTATIVE OF THE INSPECTION STATION NAMED HEREON AND SUCH STATION HOLDS A CURRENT, VALID LICENSE, PURSUANT TO THE APPLICABLE PROVISIONS OF TRANSPORTATION ARTICLE, ANNOTATED CODE OF MARYLAND. IT HAS BEEN DETERMINED THAT, THE SAFETY EQUIPMENT OF THE DESCRIBED VEHICLE, AS SPECIFIED BY LAW, MEETS WITH OR EXCEEDS THE MINIMUM SAFETY STANDARDS.

STATION →
STAMP

MK Diagnostics, Inc.
#6780-A
06-A Park Heights Ave
Baltimore, MD 21215

Date of Certification    MONTH/DAY/YEAR

FOR MVA USE ONLY

TAG
TITLE

I certify under Penalty of Perjury that the statements made herein, and on the corresponding MV Inspection Report, are true and correct and that the vehicle meets with or exceeds the minimum safety standards.

Signature of Registered Inspection Mechanic    Printed Name

ANY ERASURE, STRIKE OVER OR STRIKE OUT NOT AUTHORIZED BY THE AUTOMOTIVE SAFETY ENFORCEMENT DIVISION OF THE MARYLAND STATE POLICE OR M.V.A. WILL VOID THE CERTIFICATE.

MSP 23-63, (04/09)    SEE REVERSE SIDE FOR IMPORTANT INSTRUCTIONS.

DOCUMENT CONTAINS GREEN BACKGROUND

## OFFICE OF FOREIGN ASSET CONTROL DATA SEARCH STATEMENT

DATE:  **06/29/2010**

COMPANY:  **Rami Brothers, Inc. t/a Pimlico Motors**

**5304 Park Heights Ave**

**Baltimore**          **MD  21215**

CUSTOMER:  **CHYRIE DANAY LOUDON**

**5932 OLD FREDERICK RD #B**

**CATONSVILLE**          **MD  21228**

This is to certify that on the date above, the Office of Foreign Asset Control Database was checked and the customer listed above was not found.

| | |
|---|---|
| Signature of Company Representative | Signature of Customer |
| **06/29/2010** | **06/29/2010** |
| Date | Date |

ADDITIONAL NAMES CHECKED AND ON THE CONTRACT:

| | |
|---|---|
| Co-buyer's/Co-signer's printed name | Signature of Co-buyer/Co-signer |
| | **06/29/2010** |
| | Date |

# BUYERS GUIDE

**IMPORTANT: Spoken promises are difficult to enforce. Ask the dealer to put all promises in writing. Keep this form.**

| Dodge | Ram 1500 | 2010 | 1D7RV1GP1AS127823 |
|-------|----------|------|-------------------|
| VEHICLE MAKE | MODEL | YEAR | VIN NUMBER |

P483

DEALER STOCK NUMBER (Optional)

Odometer Reading: **4142**

Date Sold: **06/29/2010**

**WARRANTIES FOR THIS VEHICLE:**

## [X] AS IS - NO WARRANTY

YOU WILL PAY ALL COSTS FOR ANY REPAIRS. The dealer assumes no responsibility for any repairs regardless of any oral statements about the vehicle.

## ☐ WARRANTY

☐ FULL ☐ LIMITED WARRANTY.        The dealer will pay ____**0**____ % of the labor and ____**0**____ % of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the warranty document for a full explanation of warranty coverage, exclusions, and the dealer's repair obligations. Under state law, "implied warranties" may give you even more rights.

**SYSTEMS COVERED:**                                            **DURATION:**

_____          _____
_____          _____
_____          _____
_____          _____
_____          _____
_____          _____
_____          _____
_____          _____
_____          _____

☐ **SERVICE CONTRACT.** A service contract is available at an extra charge on this vehicle. Ask for details as to coverage, deductible, price, and exclusions. If you buy a service contract within 90 days of the time of sale, state law "implied warranties" may give you additional rights.

**PRE PURCHASE INSPECTION: ASK THE DEALER IF YOU MAY HAVE THIS VEHICLE INSPECTED BY YOUR MECHANIC EITHER ON OR OFF THE LOT.**

**SEE THE BACK OF THIS FORM** for important additional information, including a list of some major defects that may occur in used motor vehicles.

**Below is a list of some major defects that may occur in used motor vehicles.**

**Frame & Body**
Frame-cracks, corrective welds, or rusted through
Dog tracks—bent or twisted frame
**Engine**
Oil leakage, excluding normal seepage
Cracked block or head
Belts missing or inoperable
Knocks or misses related to camshaft lifters and push rods
Abnormal exhaust discharge
**Transmission & Drive Shaft**
Improper fluid level or leakage, excluding normal seepage
Cracked or damaged case which is visible
Abnormal noise or vibration caused by faulty
transmission or drive shaft
Improper shifting or functioning in any gear
Manual clutch slips or chatters
**Differential**
Improper fluid level or leakage excluding normal
seepage
Cracked of damaged housing which is visible
Abnormal noise or vibration caused by faulty differential
**Cooling System**
Leakage including radiator
Improperly functioning water pump
**Electrical System**
Battery leakage
Improperly functioning alternator, generator, battery, or starter
**Fuel System**
Visible leakage
**Inoperable Accessories**
Gauges or warning devices
Air conditioner
Heater & Defroster

**Brake System**
Failure warning light broken
Pedal not firm under pressure (DOT spec.)
Not enough pedal reserve (DOT spec.)
Does not stop vehicle in straight line (DOT spec.)
Hoses damaged
Drum or rotor too thin (Mfgr. Specs)
Lining or pad thickness less than 1/32 inch
Power unit not operating or leaking
Structural or mechanical parts damaged
**Steering System**
Too much free play at steering wheel (DOT specs.)
Free play in linkage more than 1/4 inch
Steering gear binds or jams
Front wheels aligned improperly (DOT specs.)
Power unit belts cracked or slipping
Power unit fluid level improper
**Suspension System**
Ball joint seals damaged
Structural parts bent or damaged
Stabilizer bar disconnected
Spring broken
Shock absorber mounting loose
Rubber bushings damaged or missing
Radius rod damaged or missing
Shock absorber leaking or functioning improperly
**Tires**
Tread depth less than 2/32 inch
Sizes mismatched
Visible damage
**Wheels**
Visible cracks, damage or repairs
Mounting bolts loose or missing
**Exhaust System**
Leakage

---

**Rami Brothers, Inc. t/a Pimlico Motors**

DEALER

**5304 Park Heights Ave**

ADDRESS

**Baltimore            MD    21215**

**(410)664-8364**

SEE FOR COMPLAINTS

I HEREBY ACKNOWLEDGE RECEIPT OF THIS BUYERS GUIDE AT THE CLOSING OF THIS SALE.

X _____          06/29/2010
       CUSTOMER SIGNATURE                          DATE

IMPORTANT: The information on this form is part of any contract to buy this vehicle. Removal of this label before consumer purchase (except for purpose of test-driving) is a violation of federal law (16 C.F.R. 455).

bpc #24-5506-01 · Buyers Guide/English · 5/25/2003 · Burrell eForms

**State of Maryland**
# Motor Vehicle Inspection Report

OWNER / AGENT: *Pimlico Motors*
ADDRESS: *5304 Park Hts. Ave. Bldo MD 21215*     STATION NO. 6780A     DATE: *June 29   2010*     PHONE NO:

V.I.N. *1D7RV1GP1AS127823*     MAKE *Dodge*   MODEL *Ram*   YEAR *2010*     ODOMETER *4140*

| (00) - STEERING | P | F | R |
|---|---|---|---|
| Steering Wheel | ✓ | | |
| Column | ✓ | | |
| Lash | ✓ | | |
| Travel | ✓ | | |
| Linkage: | | | |
| Tie Rods | ✓ | | |
| Drag Link | | | |
| Pitman Arm | | | |
| Idler Arm | | | |
| Rack & Pinion | ✓ | | |
| Steering Box | | | |
| Power Steering | ✓ | | |

| (B) ALIGNMENT | P | F | R |
|---|---|---|---|
| see req. rdngs. | | | |
| Toe In/Out | | | |
| Rear Wheel Alignment | | | |

| (C) SUSPENSION | P | F | R |
|---|---|---|---|
| Ball Joints or King Pins | ✓ | | |
| see required readings | | | |
| Struts | ✓ | | |
| Wheel Bearings | ✓ | | |
| Springs/Shackles | ✓ | | |
| Torsion Bars | ✓ | | |
| Stabilizer | ✓ | | |
| Control Arm | ✓ | | |
| Shocks | ✓ | | |

| (03) - BRAKES | P | F | R |
|---|---|---|---|
| Road Test (@ 20 mph) | ✓ | | |
| Hydraulic System | ✓ | | |
| Master Cylinder | ✓ | | |
| Wheel Cylinders | ✓ | | |
| Drum/Disc-see req. rdngs. | | | |
| Lining/Pads-see req. rdngs | | | |
| Booster System | ✓ | | |
| Parking Brake | ✓ | | |
| Mech. Components | | | |

| (04) - WHEELS / TIRES | P | F | R |
|---|---|---|---|
| LF | | | |
| RF | | | |
| LR | | | |
| RR | | | |

| (05) - FUEL SYSTEM | P | F | R |
|---|---|---|---|
| Tank | ✓ | | |
| Cap | ✓ | | |
| Tubing | ✓ | | |
| Accelerator | ✓ | | |

| (06) - EXHAUST SYSTEM | P | F | R |
|---|---|---|---|
| Muffler | ✓ | | |
| Any Piping | ✓ | | |
| Manifold | ✓ | | |

| (07) - BUMPERS | P | F | R |
|---|---|---|---|
| Front | | | |
| Rear | | | |

| (08) - FENDERS | P | F | R |
|---|---|---|---|
| Circle Rej. LF RF LR RR | | | |

| (10) - LIGHTS | P | F | R |
|---|---|---|---|
| Turn Signal - self cancel | | | |
| Back Up | | | |
| Hazard | | | |
| Brake Warning | | | |
| High Beam Indicator | | | |
| Stop | | | |
| Tail | | | |
| Park | | | |
| Side Marker | | | |
| Reflector | | | |
| Tag | | | |
| Dash | | | |
| Clearance | | | |
| ID Lamp | | | |
| Adjusters | | | |
| Eng/AUX Height/Aim | | | |
| Headlights - see req. rdngs. | | | |
| Obstruction L/R 1/2 | | | |

| (11) - ELECTRICAL SYSTEM | P | F | R |
|---|---|---|---|
| Horn | | | |
| Switches / Wiring | | | |
| Neutral Safety Switches | | | |
| Battery | | | |

| (13) - MIRRORS | P | F | R |
|---|---|---|---|
| Interior | | | |
| Exterior | | | |

| (14) - GLAZING | P | F | R |
|---|---|---|---|
| Driver Door Window | | | |
| Mechanism | | | |
| Windshield | | | |
| Damage or Glazing | | | |
| Indicate Window | | | |

| (15) - WIPERS | P | F | R |
|---|---|---|---|
| Arms / Blades | ✓ | | |
| Park Position | | | |
| Controls | ✓ | | |

| (16) - HOOD/CATCHES | P | F | R |
|---|---|---|---|
| Indicate Location | | | |

| (17) - DOOR HANDLE LATCHES | P | F | R |
|---|---|---|---|
| Indicate Location | | | |

| (18) - FLOOR / TRUNK PANS | P | F | R |
|---|---|---|---|
| Indicate Location | | | |

| (19) - SPEEDOMETER/ODOMETER | P | F | R |
|---|---|---|---|
| Operation/Legibility | | | |

| (21) - DRIVERS SEAT | P | F | R |
|---|---|---|---|
| Mounting & Operation | | | |

| (22) - SAFETY BELTS | P | F | R |
|---|---|---|---|
| Front 1964 | | | |
| Rear 1969 | | | |

| (23) - MOTOR MOUNTS | P | F | R |
|---|---|---|---|
| Indicate Location | | | |

| (24) - GEAR SHIFT INDICATOR | P | F | R |
|---|---|---|---|
| Position | | | |

| (25) - UNIVERSAL & CV JOINTS | P | F | R |
|---|---|---|---|
| Universal | | | |
| Constant Velocity | | | |

| (26) - EMISSIONS | P | F | R |
|---|---|---|---|
| Catalytic Converter | | | ✓ |
| Fuel Filler | | | ✓ |
| Positive Crankcase | | | ✓ |
| Air Injection | | | ✓ |
| Gas Recirculation | | | ✓ |
| Evaporative Emissions | | | ✓ |

REQUIRED READINGS: *30*

TOE: *N/P*

**BALL JOINTS OR KING PINS**

| LU *0* | LL *0* |
|---|---|
| RU *0* | RL *0* |

**DRUMS & DISCS**

| LF *1.091* | RF *1.0* |
|---|---|
| LR | RR *.869* *.88* |

**PADS OR LININGS**   *13*

| LF *.33* | RF |
|---|---|
| LR | RR *15/32* |

**HEADLIGHTS**

| L1 | R1 |
|---|---|
| L2 *F* | R2 *P* |

**INSPECTORS ADDITIONAL COMMENTS**

*127823*
*4140*
*4142*

INSPECTOR: _____ *Henry T. Pitts*   WORK ORDER NO. *12801*

REINSPECTION OF DEFECTS ONLY IF RETURNED WITHIN 30 DAYS AND WITHIN 1000 MILES. A PRORATED INSPECTION FEE MAY BE CHARGED.

# T.M.K. DIAGNOSTICS

## RA 12801

MD State Inspection
5306 Park Heights Avenue, Baltimore, Maryland 21215
443-919-7916

PIMLICO MOTORS

| | |
|---|---|
| Name | Benjamin Ancraetor |
| Address | 5384 old court rd |
| City | Randallstown  State MD  Zip 21133 |
| Home Phone | 64-919-98-24 |
| Business Phone | |
| Year, Make & Model | 2010 DODGE RAM |

| | |
|---|---|
| Date of Order | 7/29/NON 10 |
| Date of Appointment | |
| Special Order: | ☐ Yes  ☐ No |
| Call When Ready | ☐ Yes  ☐ No |
| Technician | |
| Stock # | |

MD STATE INSPECTION

1. _____ NC DIAGNOSTIC
3. REPLACE FRONT BRAKE
PADS _____
1. MSI                    52.00

| | |
|---|---|
| M.S.I. | |
| Labor | |
| Parts & Materials | |
| Tax | |
| Total | |
| Deposit | |
| Balance | |

TOTAL

* I hereby authorize the above repair work to be done along with the necessary materials. You and your employee may operate vehicle for purposes of testing, inspection, or delivery at my risk. An express mechanics is acknowledged on above vehicle to secure the amount of repairs thereto. It is understood that you will not be held responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft, or any other cause beyond your control.

* No refunds on special order parts, materials, fabrics or electrical parts.

Signature

X _Benjamin Ancraetor_

Memo

# EXHIBIT B

# **LAW** 553-MD-ep 4/08

## RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

Dealer Number ___U5548___   Contract Number ___1113185___   06/29/2010

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Creditor-Seller (Name and Address) |
|---|---|---|
| CHYRIE DANAY LOUDON 5932 OLD FREDERICK RD   #B CATONSVILLE          MD 21228                    BALTIMORE | | Rami Brothers, Inc. t/a Pimlico Motors 5304 Park Heights Ave Baltimore          MD   21215 (410)664-8364 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2010 | Dodge Ram 1500 | 1D7RV1GP1AS127823 | [X] personal, family or household [ ] business [ ] agricultural [ ] _____ |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of |
|---|---|---|---|---|
| 12.00% % | $ 10,946.88 | $ 26,856.00 | $ 37,802.88 | $ 5,000.00  is $ 42,802.88 |

Returned Check Charge: You agree to pay a charge of $ ___15.00___ if any check you give us is dishonored on the second presentment.

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| | | Monthly beginning |
| Or As Follows: 72 | $525.04 | Monthly        Beginning   07/29/2010 |

**Late Charge.** If payment is not received in full within ___15___ days after it is due, you will pay a late charge of ___10___ % of the part of the payment that is late, with a minimum charge of $ ___5___.
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only if the "personal, family or household" box in the "Primary Use for Which Purchased" section of this contract is checked. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

### NO COOLING OFF PERIOD

**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

**ITEMIZATION OF AMOUNT FINANCED**

1  Cash Price
   A  Cash Price of Motor Vehicle (including accessories, services, and taxes)  $  **31,506.00** (A)
   B  **Dealer Processing Charge** (not required by law)                        $  **100.00** (B)
   C  **Freight Charge**                                                        $  **0.00** (C)
   D  Other                                                                     $  **0.00** (D)
      To Whom Paid _____ N/A _____
   E  Other                                                                     $  **0.00** (E)
      To Whom Paid _____ N/A _____
      Total Cash Price                                                          $  **31,606.00** (1)

2  Total Downpayment =
      Trade-In  2003     Chevrolet        Silverado
               (Year)     (Make)           (Model)
      Gross Trade-In Allowance                                                  $  **5,000.00**
      Less Pay Off Made By Seller                                              $  **0.00**
      Equals Net Trade In                                                       $  **5,000.00**
      + Cash                                                                    $  **0.00**
      + Other _____ Deferred Downs _____                                        $  **0.00**
      (If total downpayment is negative, enter "0" and see 4I below)            $  **5,000.00** (2)

3  Unpaid Balance of Cash Price (1 minus 2)                                     $  **26,606.00** (3)

4  Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):
   A  Cost of Optional Credit Insurance Paid to Insurance
      Company or Companies.
      Life    N/A                               $   0.00
      Disability   N/A                          $   0.00          $  **0.00**
   B  Vendor's Single Interest Insurance
      Paid to Insurance Company                                   $  **0.00**
   C  Other Optional Insurance Paid to Insurance Company or Companies  $  **0.00**
   D  Official Fees Paid to Government Agencies                   $  **0.00**
   E  Government Taxes Not Included in Cash Price                 $  **0.00**
   F  Government License and/or Registration Fees                $  **200.00**
   G  Government Certificate of Title Fees
      (includes $ __0.00__ security interest recording fee)      $  **50.00**
   H  Optional Gap Contract                                      $  **0.00**
   I  Other Charges (Seller must identify who is paid and
      describe purpose)
      to                        for Prior Credit or Lease Balance  $  **0.00**
      to    Dealer              for  Inspection                    $  **0.00**
      to    N/A                 for  N/A                           $  **0.00**
      to                        for  N/A                           $  **0.00**
      to                        for  N/A                           $  **0.00**
      Total Other Charges and Amounts Paid to Others on Your Behalf  $  **250.00** (4)

5  Amount Financed (3 + 4)                                        $  **26,856.00** (5)

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before
_____ , Year _____ , SELLER'S INITIALS _____

---

**Insurance.** You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest is required is checked below.

If any insurance is checked above, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:

### Optional Credit Insurance

☐ Credit Life ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability (Buyer Only)

Premium:
   Credit Life $  _____ N/A _____
   Credit Disability $  _____ N/A _____
   Insurance Company Name
                        _____ N/A _____
   Home Office Address

---

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance or credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

### Other Optional Insurance

☐ _____
   Type of Insurance         Term
Premium $ _____
Insurance Company Name

Home Office Address

☐ _____
   Type of Insurance         Term
Premium $ _____
Insurance Company Name

Home Office Address

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X _____
Buyer Signature              Date
X _____
Co-Buyer Signature           Date

**THIS INSURANCE DOES NOT INCLUDE IN-SURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE. WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.**

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance):** If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $_____0.00 and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

**NOTICE TO BUYER(S) OF NEW VEHICLES: IF YOU ARE PURCHASING A NEW VEHICLE WHICH IS SUBJECT TO A MANUFACTURER'S EXPRESS WARRANTY AND THE VEHICLE DOES NOT CONFORM TO THAT WARRANTY DURING THE WARRANTY PERIOD, YOU MUST GIVE WRITTEN NOTICE OF THE NONCONFORMITY, DEFECT OR CONDITION TO THE MANUFACTURER OR FACTORY BRANCH DURING THE WARRANTY PERIOD BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED, IN ORDER TO PRESERVE YOUR RIGHTS UNDER THE MARYLAND AUTOMOTIVE WARRANTY ENFORCEMENT ACT.**

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4H of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term _____ N/A _____ Mos.

_____ N/A _____
Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X _____

---

## OTHER IMPORTANT AGREEMENTS

1. **FINANCE CHARGE AND PAYMENTS**
   a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.
   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

2. **YOUR OTHER PROMISES TO US**
   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
   c. **Security Interest.**
      You give us a security interest in:
      • The vehicle and all parts or goods installed in it;
      • All money or goods received (proceeds) for the vehicle;
      • All insurance, maintenance, service, or other contracts we finance for you; and
      • All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
      This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle.
   d. **Insurance you must have on the vehicle.**
      You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium of the insurance and a finance charge equal to the Annual Percentage Rate shown on page 1 of this contract or, at our option, the highest rate the law permits.
      If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we obtain a refund of insurance, maintenance, service, or other contract charges, we may subtract the refund from what you owe.

## 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

a. **You may owe late charges. If a payment is not received in full within 15 days after it is due, you will pay a late charge of 10% of the part of the payment that is late, with a minimum charge of $5.** Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once, subject to any right the law gives you to reinstate this contract. Default means:
   - You do not pay any payment on time;
   - You give false, incomplete, or misleading information on a credit application;
   - You start a proceeding in bankruptcy or one is started against you or your property; or
   - You break any agreements in this contract.

   The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay the attorney's reasonable fee, as the law allows. You will also pay any court and collection costs we incur as the law allows.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. We may take (repossess) the vehicle with or without judicial proceedings. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, in many situations, the law gives you the right to pay to get it back. We will tell you what you have to do to get the vehicle back.

f. **We will sell the vehicle if you do not get it back.** If you do not do what is required to get the vehicle back, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

   We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it as the law allows. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us unless the law provides otherwise. If you

do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

## 4. WARRANTIES SELLER DISCLAIMS

The following paragraph does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. It does not apply at all if you bought the vehicle primarily for personal, family, or household use.

**Unless the seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

## 5.

**Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**

**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

## 6.

**Applicable Law.** Federal law and Maryland law apply to this contract. This contract shall be subject to the Credit Grantor Closed End Credit Provisions (Subtitle 10) of Title 12 of the Commercial Law Article of the Maryland Code.

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

**HOW THIS CONTRACT CAN BE CHANGED.** This contract, along with all other documents signed by you in connection with the purchase of this vehicle, comprise the entire agreement between you and us affecting this purchase. No oral agreements or understandings are binding. Upon assignment of this contract: (i) only this contract and the addenda to this contract comprise the entire agreement between you and the assignee relating to this contract; (ii) any change to this contract must be in writing and the assignee must sign it; and (iii) no oral changes are binding.

Buyer Signs X _____   Co-Buyer Signs X _____

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
**See the rest of this contract for other important agreements.**

**NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.**

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _____ Date 06/29/2010   Co-Buyer Signs X _____ Date 06/29/2010

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____   Address _____   Title _____

Seller signs _____ Date 06/29/2010   By X _____

| | | |
|---|---|---|
| Seller assigns its interest in this contract to **Rami Brothers, Inc. t/a Pimlico Motors** | (Assignee) under the terms of Seller's agreement(s) with Assignee. | |
| ☐ Assigned with recourse | ☑ Assigned without recourse | ☐ Assigned with limited recourse |

Seller   **Rami Brothers, Inc. t/a Pimlico Motors**   By _____   Title _____

**LAW** FORM NO. 553-MD-ep  (REV. 408)  U.S. PATENT NO. D460,782
© 2008 The Reynolds and Reynolds Company
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

# EXHIBIT C

## MARYLAND NOTICE OF SECURITY INTEREST FILED

⊙MVA

DOCUMENT SHOWING ANY ERASURES, ALTERATIONS OR VOIDS.

### THIS IS NOT A TITLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | BODY STYLE | CLASS | ODOMETER | BRAND | TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 1D7RV1GP1AS127823 | 10 | DODG | TK | EPO | 4142 | A | 41574267 |
| EXCEPT. GR. VEH. WT. GR. COMB. WT. | | | FEE (TAGS) | | INSPECTION DATE | | DATE ISSUED |
| N/A  07000  00N/A | | | $63.75 | | 06/29/10 | | 08/11/10 |

OWNER'S SOUNDEX / DRIVER LICENSE NO.

L-350-115-135-777

CO-OWNER'S SOUNDEX / DRIVER LICENSE NO.

NAME(S) AND ADDRESS OF REGISTERED OWNER(S)

CHYRIE DANAY LOUDON
5932 OLD FREDERICK RD # B
CATONSVILLE   MD 21228-3009

**ODOMETER CODES**
A. Actual Mileage
B. Exceeds Mechanical Limits
C. Not Actual Mileage

THIS IS TO CERTIFY THAT A SECURITY INTEREST HAS BEEN DULY FILED WITH THE MOTOR VEHICLE ADMINISTRATION IN THE NAME OF THE SECURED PARTY BELOW ON THE VEHICLE DESCRIBED.

C0089917

**TERMINATION STATEMENT**
I, THE UNDERSIGNED, DO HEREBY RELEASE ALL RIGHTS AND INTERESTS IN THE VEHICLE DESCRIBED ABOVE.

SIGNATURE OF SECURED PARTY             OFFICIAL CAPACITY             DATE OF RELEASE

NAME AND ADDRESS OF SECURED PARTIES

RAMI BROS T/A PIMLICO MOTORS
5304 PARK HEIGHTS AVE
BALTIMORE   MD 21228

OFFICIALLY ISSUED ON THE DATE SET FORTH

ADMINISTRATOR OF MOTOR VEHICLES

VR-002 (03/09)

THIS DOCUMENT CONTAINS AN EAGLE WATERMARK WHICH IS VISIBLE WHEN HELD TO LIGHT

## **CERTIFICATE OF SERVICE**

I, Kobie Flowers, Esquire hereby certify that a true and correct copy of the foregoing

Verified Claim was served on May __, 2014, via ecf on the following:

Stefan D. Cassella
Assistant United States Attorney
36 S. Charles Street, Fourth Floor
Baltimore, MD 21201

_____*/s/ Kobie Flowers*_____
KOBIE FLOWERS