IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**THE UNITED STATES OF AMERICA**       \*

   v.

                                        \*       **Civil No. SAG 14-1065**

**ONE 2010 DODGE RAM**                  \*

\* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL

Rami Brothers, Inc, through counsel, hereby moves this Honorable Court for an Order permitting counsel to withdraw from representing Rami Brothers Inc., pursuant to Civil Local Rule 101.  In support of this Motion, the following is provided:

1. Regrettably, counsel cannot explain his reasons for this Motion, given the ethical and constitutional rules that guide counsel's conduct.

2. Under Civil Local Rule 101, counsel certifies that the name and last known address of the client is: Rami Brothers, Inc., 9126 Bengal Road, Randallstown, MD 21133.

3. Counsel certifies that as of today, counsel sent written notice via Federal Express and email advising Rami Brothers, Inc., of counsel's withdrawal, the need for new counsel and the possibility of a dismissal or a default judgment.

                                                  Respectfully submitted,

                                                  /s/
                                                  Kobie Flowers
                                                  FLOWERS LAW FIRM, PLLC
                                                  1750 K Street, NW Suite 200
                                                  Washington, DC 20006
                                                  Office: (202) 742-5969
                                                  Fax: (202) 742-5948
                                                  kflowers@flowerslaw.com

Dated:  January 20, 2015

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 20, 2015, a copy of the Motion to Withdraw was served on all counsel of record via the ECF system.

/s/_____
Kobie Flowers