Case 1:14-cv-...

CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691

OFFICIAL BUSINESS

BALTIMORE
MD 212
02 MAR '15
PM 10 L

049J82024331

$00.48
03/02/2015
Mailed From 21201
USE FEE POSTAGE

LODGED _____ RECEIVED

MAR 16 2015

CLERK U.S. DISTRICT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Rami Brothers; Inc. t/a Pimlico Motors
5304 Park Heights Ave.
Baltimore, MD 21215

NIXIE      212   7E 1009      0003/12/15
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 21201260599    *2927-09432-02-43

FILED ENTERED
LODGED RECEIVED
MAR 16 2015
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE UNITED STATES OF AMERICA *
*
*
v. *
* Civil Case No. SAG-14-1065
ONE 2010 DODGE RAM. *
VIN 1D7RV1GP1AS127823 *
*

* * * * * * * * * * * * * *

**ORDER TO SHOW CAUSE**

Counsel for Rami Brothers, Inc.'s motion to withdraw was granted on February 27, 2015. Thus, Rami Brothers, Inc. is currently not represented by counsel, in violation of Local Rule 101.1(a) ("All parties other than individuals must be represented by counsel"). Pursuant to Local Rule 101.2(b), Rami Brothers, Inc. must SHOW CAUSE by **Friday, March 13, 2015** why a default should not be entered.

Dated: February 27, 2015

/s/
Stephanie A. Gallagher
United States Magistrate Judge