IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>v.<br><br>ONE 2010 DODGE RAM.<br>VIN 1D7RV1GP1AS127823 | *<br>*<br>*<br>*<br>*     Civil Case No. SAG-14-1065<br>*<br>*<br>* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER TO SHOW CAUSE

Counsel for Rami Brothers, Inc.'s motion to withdraw was granted on February 27, 2015. Thus, Rami Brothers, Inc. is currently not represented by counsel, in violation of Local Rule 101.1(a) ("All parties other than individuals must be represented by counsel").  Pursuant to Local Rule 101.2(b), Rami Brothers, Inc. must SHOW CAUSE by **Tuesday, March 31, 2015** why a default should not be entered.

Dated:  March 17, 2015

/s/
Stephanie A. Gallagher
United States Magistrate Judge